TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Luis Rodriguez,<br><br>　　　　Petitioner<br><br>v.<br><br>John Mattos, *et al.*,<br><br>　　　　Respondents | Case No. 2:26-cv-00970-CDS-EJY<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the Amended Petition for Writ of Habeas Corpus (ECF No. 7) and Motion for Temporary Restraining Order (ECF No. 8)**<br><br>**(First Request)**<br><br>[ECF No. 11] |

Petitioner Luis Rodriguez ("Petitioner") and Federal Respondents Ruben Leyva, Todd Lyons, Markwayne Mullins and Todd Blanche ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Amended Petition for Writ of Habeas Corpus ("Petition"), ECF No. 7 and Motion for Temporary Restraining Order ("Motion"), ECF No. 8, extending the deadline from May 29, 2026, to June 5, 2026. Federal Respondents need this additional time to receive documents from the Agency pertinent to the response. Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed, on condition that Petitioner's counsel is provided copies of all documents received from the Agency. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Amended

Petition and Motion from May 29, 2026, to June 5, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 29th day of May 2026.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General of the United States<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| /s/Carmen Brooks<br>Carmen Brooks<br>Assistant Federal Public Defender<br>Georgia Bar No. 750544<br>411 E. Bonneville Ave., Ste. 250<br>Las Vegas, Nevada 89101<br>(702) 388-6577<br>Carmen_Brooks@fd.org<br>Attorney for Petitioner Luis Rodriguez | /s/ Martin J. Mayer<br>MARTIN J. MAYER<br>Special Assistant United States Attorney |

**IT IS SO ORDERED nunc pro tunc to May 29, 2026:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** June 1, 2026

2